**State of Louisiana**
**Secretary of State**

12/15/2023

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NAUTILUS INSURANCE COMPANY
MR. THOMAS M. KUZMA, PRESIDENT/CEO
7233 EAST BUTHERUS DR.
SCOTTSDALE, AZ 85260

RECEIVED

DEC 22 2023

NAUTILUS INSURANCE GROUP
REGULATORY DEPT

Suit No.: 202307484
CIVIL DISTRICT COURT
ORLEANS PARISH

GRETNA WIRELESS LLC, ET AL
vs
NAUTILUS INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: B GARAFOLA

Date: 12/14/2023
Title: DEPUTY SHERIFF

No: 1314036

KC

**EXHIBIT 1**

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2023-07484 | DIVISION: B | SECTION: 11 |
|---|---|---|

GRETNA WIRELESS LLC ET AL

**RECEIVED**

Versus

**DEC 22 2023**

NAUTILUS INSURANCE COMPANY

NAUT... ...OUP

**CITATION**

TO: NAUTILUS INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

SERVED ON
R. KYLE ARDOIN

**DEC 14 2023**

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 9, 2023**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Charnita McCree
Charnita McCree, Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON NAUTILUS INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER / RETURN SERIAL NO. / DEPUTY / PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON NAUTILUS INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NAUTILUS INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

FILED
2023 AUG 02 P 01:18
CIVIL DISTRICT COURT

G B
Section 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. _____                                          DIVISION: " "

**GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS**

**VERSUS**

**NAUTILUS INSURANCE COMPANY**

FILED: _____          _____
                                             DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, **GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS**, a limited liability company, whose members, upon information and belief are all citizens and domiciled in the Parish of Orleans, who files this Petition and respectfully represents the following:

1.

Made Defendant in this matter is **NAUTILUS INSURANCE COMPANY** ("Nautilus"), a foreign insurance company, authorized to do and doing business in the State of Louisiana, and which breached its contract of insurance with Petitioners, and which further acted in bad faith.

2.

Venue is proper before this Court pursuant to Code of Civil Procedure article 76 because this is an action on a property insurance policy and Plaintiffs are domiciled in Orleans Parish.

3.

Petitioners bring this suit to recover losses due to damages sustained to their properties in **HURRICANE IDA**. Petitioners' properties were insured by Defendant Nautilus at the time of Petitioners' loss, yet Nautilus has failed to tender sufficient payments to Petitioners, in violation of Petitioners' insurance policy and Louisiana's insurance bad-faith statutes.

4.

Petitioners are the owner of the properties located at:

**64 Westbank Expressway, Gretna, LA 70053;**

**7058 Read Blvd, New Orleans, LA 70127;**

**838 Canal Street, New Orleans, LA 70112;**

**1425 N Broad Street, New Orleans, LA 70119;**

VERIFIED
Amber Sheeler
2023 AUG 02 P 02:56

E-Filed

2023-07484

G

Section 11

Case 2:24-cv-00131-JCZ-JVM   Document 1-1   Filed 01/12/24   Page 5 of 13

FILED
2023 AUG 02 P 01:18
CIVIL
DISTRICT COURT

3711 General DeGualle Drive, New Orleans, LA 70114, (the "Properties")

5.

On or about August 29, 2021, Hurricane Ida caused damage to the Properties. In addition to damages related to Hurricane Ida, the properties located at 7058 Read Blvd and 1452 N. Broad Street suffered covered losses as a result of thefts perpetrated upon those locations.

6.

On information and belief, at all relevant times, Defendant Nautilus provided a policy of insurance, number NN1224228, to Petitioners. The Policy covered the Properties against perils including wind, rain, hurricane, and more. The policy covered, amongst other things, , personal property, and loss of use of the Properties.

7.

On information and belief, after Hurricane Ida, Petitioners promptly reported their losses to Nautilus, which thereafter assigned the Plaintiffs' losses claim numbers N000010120411 and N000010120301. Thereafter, Nautilus dispatched an adjuster to inspect the Properties.

8.

Nautilus' inspections of the Properties constituted satisfactory proof of loss, as that term is used in Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

9.

Following the inspections, Nautilus issued an estimate of Petitioners' losses. That estimate, however, failed to timely and adequately adjust Petitioners' losses.

10.

As a result of Nautilus's refusal to adequately adjust his losses, Petitioners were forced to obtain an independent estimate. Petitioners provided this estimate to Nautilus as further proof of loss.

11.

Due to Defendant's material breach of the Policy and violations of Louisiana law, it also became necessary that Petitioners retain the services of undersigned counsel. As a result, Petitioners are obligated to pay a reasonable fee for the attorneys' services in bringing this action plus the necessary costs of maintaining this action.

2023-07484
G
Section 11

Case 2:24-cv-00131-JCZ-JVM   Document 1-1   Filed 01/12/24   Page 6 of 13

FILED
2023 AUG 02  P 01:18
CIVIL
DISTRICT COURT

12.

Nautilus' failure to comply with the terms of its own Policy caused and continues to cause significant delay to the repair of the Properties.

13.

As of the date of the filing of this Petition, Nautilus has failed to timely tender to Petitioners a sufficient amount of money for Petitioners' losses, despite Nautilus having received satisfactory proof of loss and having had sufficient time to investigate Petitioners' loss.

14.

Nautilus is therefore liable unto Petitioners for the breach of Nautilus' contract for insurance with Petitioners, as well as for Nautilus' breach of its duties of good faith and fair dealing with its insureds under La. R.S. §§ 22:1892 and 22:1973, and any other applicable Louisiana law.

15.

All suspensive and/or resolutory conditions entitling Petitioners to recover for losses under the Policy and maintain this action against Defendant have occurred, have been performed by Petitioners, or have been waived by Defendant.

16.

Petitioners have also incurred and/or will incur additional expenses in repairing the Properties because Nautilus failed to timely compensate them for their losses under the Policy.

17.

Petitioners have further incurred and/or will incur professional expenses, including attorney's fees, to determine that Nautilus wrongfully failed to adequately and timely compensate Petitioners for their losses under the Policy.

18.

By purposely and/or negligently failing to timely tender sufficient insurance proceeds to Petitioners, or otherwise adequately compensate Petitioners for their losses, Defendant Nautilus breached its insurance contract. Defendant also breached its insurance contract by conducting its investigation and claims handling in bad faith.

Case 2:24-cv-00131-JCZ-JVM   Document 1-1   Filed 01/12/24   Page 7 of 13

2023-07484

G
Section 11

FILED
2023 AUG 02 P 01:18
CIVIL
DISTRICT COURT

19.

The actions and/or inactions of Nautilus in failing to timely and adequately compensate Petitioners for the covered losses under the Policy—despite having received satisfactory proof of loss following its own inspection of the Properties and independent proof of loss from Petitioners—were arbitrary, capricious, and without probable cause. Defendant therefore violated La. R.S. §§ 22:1892 and 22:1973, making Nautilus liable for statutory bad faith penalties, attorney's fees, and costs.

20.

Upon information and belief, Defendant Nautilus further breached its insurance contract and violated its duties of good faith and fair dealing by purposely and/or negligently misrepresenting to Petitioners the terms and conditions of the Policy.

21.

As a result of Nautilus' breach of contract, bad-faith claims adjusting, and other wrongful acts and omissions, Petitioners have incurred the following, non-exclusive damages:

a. Actual costs for repairing the Property;

b. Any covered damage to business personal property;

c. Any and all covered damages to stock,

d. Any and all covered damages to improvements to the property;

e. Business income losses suffered by the Petitioners;

f. Penalties, attorney's fees, and costs under La. R.S. §§ 22:1892 and 22:1973; and

g. Attorney's fees, other professional fees, and litigation costs associated with bringing this action;

h. Any and all other categories of damages which are reasonable in the premises.

WHEREFORE, Petitioners, GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS, pray that Defendant, NAUTILUS INSURANCE COMPANY, be served with a copy of this Petition and be duly cited to appear and answer its allegations, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Petitioners, and against Defendant, for such damages as are reasonable and/or proven at trial, including payment for compensatory damages, statutory penalties, costs, attorneys' fees, legal interest from the date of judicial demand, and for such further relief as the Court deems just and proper.



**Section 11**

FILED
2023 AUG 02 P 01:18
CIVIL
DISTRICT COURT

**REQUEST FOR NOTICE**

Petitioners further pray that, in accordance with La. C.C.P. Art. 1572, the Court give written notice by certified mail at least ten (10) days in advance of the date fixed for the trial and/or hearing of the case whether on exceptions, motions, rules, or the merits. Petitioners also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by La. C.C.P. Arts. 1913 and 1914 including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

RESPECTFULLY SUBMITTED:
**EGENBERG, APLC**

_/s/ Bradley Egenberg_

BRADLEY EGENBERG (#29848)
BEN BERMAN (#36798)
MICHAEL SIPOS (#36986)
DANIEL LEVY (#35884)
DANIELEE MACKIE (#38826)
ALEXANDRIA WALKER (#38492)
TANNER M. CHOATE (#40312)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:    (504) 229-5700
Facsimile:    (504) 617-7911
Email:        lacourtfilings@egenberg.com
*Attorneys for Petitioners*

**PLEASE SERVE:**

**NAUTILUS INSURANCE COMPANY**
*Through the Louisiana Secretary of State:*
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY
_/s/ Charnita McGee_
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2023-07484     DIVISION: G     SECTION: 11

### GRETNA WIRELESS LLC ET AL

Versus

### NAUTILUS INSURANCE COMPANY

### CITATION

TO: NAUTILUS INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Petition for Damages
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 4, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Crystal Labeaud, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON NAUTILUS INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE Returned the same day No. _____ Deputy Sheriff of _____ Mileage $ _____ / ENTERED / _____ PAPER _____ / RETURN _____ SERIAL NO. DEPUTY PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON NAUTILUS INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NAUTILUS INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 11194336     Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

FILED
2023 DEC 07  P 12:23
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2023-7484                                                    DIV. "B-11"

**GRETNA WIRELESS LLC, WIRELESS GENERAL 3 LLC, AND NORTH BROAD WIRELESS**

**VERSUS**

**NAUTILUS INSURANCE COMPANY**

FILED: _____                          _____

                                                                                 DEPUTY CLERK

## MOTION TO ENROLL SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gretna Wireless LLC, Wireless General 3 LLC, and North Broad Wireless, who moves this Court for an Order enrolling Madison C. Pitre (LA Bar No. 38867), Galen M. Hair (LA Bar No. 32865), and Jared M. Shearman (LA Bar No. 36671) of the law firm Hair Shunnarah Trial Attorneys, LLC, in the above captioned entitled and numbered cause as additional counsel for Plaintiff, Gretna Wireless LLC, Wireless General 3 LLC, and North Broad Wireless, as well as substituting the same for presently enrolled counsel.

WHEREFORE, Plaintiff, Gretna Wireless LLC, Wireless General 3 LLC, and North Broad Wireless, respectfully requests that Madison C. Pitre, Galen M. Hair, and Jared M. Shearman be enrolled as additional counsel of record.

E-Filed

VERIFIED
Kasie Jiles
2023 DEC 07  P 04:45

Case 2:24-cv-00131-JCZ-JVM Document 1-1 Filed 01/12/24 Page 12 of 13

FILED
2023 DEC 07 P 12:23
CIVIL
DISTRICT COURT

E-Filed

RESPECTFULLY SUBMITTED:

_____
Galen M. Hair, La. Bar No. 32865
Madison C. Pitre, La Bar No. 38867
**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC.**
d/b/a **INSURANCE CLAIM HQ**
d/b/a **INSURANCE CLAIM LAWYERS, INC.**
3540 S. I-10 Service Rd., W., Ste. 300
Metairie, Louisiana 70001
Telephone: 504.684.5200
Facsimile: 504.613.6351

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing notice on all counsel of record in these proceedings by email, facsimile transmission and/or United States Mail, postage prepaid, this Thursday, December 7, 2023.

_____
Madison C. Pitre

**FILED**
2023 DEC 07  P 12:23
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2023-7484                                                              DIV. "B-11"

GRETNA WIRELESS LLC, WIRELESS GENERAL 3 LLC, AND NORTH BROAD WIRELESS

VERSUS

NAUTILUS INSURANCE COMPANY

FILED: _____                         _____
                                                                    DEPUTY CLERK

### ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record:

**IT IS HEREBY ORDERED** that the above and foregoing Motion to Enroll is **GRANTED** and Madison C. Pitre (LA Bar No. 38867), Galen M. Hair (LA Bar No. 32865), and Jared M. Shearman (LA Bar No. 36671), of the law firm of Hair Shunnarah Trial Attorneys is hereby enrolled to appear as counsel of record to represent Plaintiff, Gretna Wireless LLC, Wireless General 3 LLC, and North Broad Wireless, in the above-captioned matter.

New Orleans, Louisiana, this 11th day of December, 2023.

_____
DISTRICT COURT JUDGE
Judge Marissa A. Hutabarat

**SERVICE BY LA C.C.P. art. 1313**

E-Filed

VERIFIED
12/15/23