## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

**DOCKET NO. 2023-07484**      **HURRICANE SUIT**      **DIVISION "B-11"**

**GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS**

**VERSUS**

**NAUTILUS INSURANCE COMPANY**

**FILED:** _____      _____
                                                                                                  **DEPUTY CLERK**

## **STATE COURT NOTICE OF REMOVAL**

To:     Honorable Chelsey Richard Napoleon, Clerk of Court
          Civil District Court for the Parish of Orleans, Louisiana
          421 Loyola Avenue, Room 402
          New Orleans, Louisiana 70112

**NOTICE IS HEREBY GIVEN** that Defendant, Nautilus Insurance Company, has filed in the United States District Court for the Eastern District of Louisiana a Notice of Removal with respect to the civil action styled "*Gretna Wireless LLC, Wireless General 3, LLC, and North Broad Wireless v. Nautilus Insurance Company*," Docket No. 2023-07484, Division "B-11," removing this matter from the Civil District Court for the Parish of Orleans, State of Louisiana, with a full reservation of rights, exceptions and defenses on the 12th day of January, 2024. Attached hereto as Exhibit "1" is a true and correct copy of the Notice of Removal.

                                                 Respectfully submitted,

                                                 **PHELPS DUNBAR LLP**

                                          BY:     _/s/ Douglas M. Kleeman_____
                                                      Douglas M. Kleeman (Bar No. 31221)
                                                      Alex A. Lauricella (Bar No. 37766)
                                                      Canal Place | 365 Canal Street, Ste. 2000
                                                      New Orleans, Louisiana 70130-6534
                                                      Telephone: 504-566-1311
                                                      Facsimile:  504-568-9130
                                                      E-Mail: doug.kleeman@phelps.com
                                                                   alex.lauricella@phelps.com

                                                 **ATTORNEYS FOR DEFENDANT,**
                                                 **NAUTILUS INSURANCE COMPANY**

**EXHIBIT 7**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *State Court Notice of Removal* which has been served upon all counsel of record by placing same in the United States mail, properly addressed and first-class postage prepaid and/or *via* electronic mail and/or facsimile on this 12th day of January, 2024.

_____
Douglas M. Kleeman (Bar No. 31221)