**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS,** | **CIVIL ACTION NO. 2:24-CV-00131** |
| *Plaintiffs* | **JUDGE: JAY C. ZAINEY** |
| **VERSUS** | **MAGISTRATE JUDGE:** |
| **NAUTILUS INSURANCE COMPANY,** | **JANIS VAN MEERVELD** |
| *Defendant* | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gretna Wireless, LLC, Wireless General 3, LLC and North Broad Wireless, and Defendant, Nautilus Insurance Company, who represent to this Honorable Court that the Plaintiffs have resolved all claims in the above-captioned matter against Defendant and respectfully request that this lawsuit be dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

**WHEREFORE**, Plaintiffs, Gretna Wireless, LLC, Wireless General 3, LLC and North Broad Wireless, and Defendant, Nautilus Insurance Company, pray that this Honorable Court dismiss this lawsuit in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

PD.47339257.1

2

Respectfully submitted,

| | |
|---|---|
| **HAIR SHUNNARAH TRIAL ATTORNEYS, LLC** | **PHELPS DUNBAR, LLP** |

BY:  */s/ Madison C. Pitre*  
     Galen M. Hair (Bar No. 32865)  
     Madison C. Pitre (BarNo. 38867)  
     3540 S. I-10 Service Rd., W., Ste.300  
     Metairie, LA 70001  
     Telephone: 504-684-5200  
     Telecopier: 504-613-6351  
     Email: hair@hairshunnarah.com  
            pitre@hairshunnarah.com

-AND

**LAW OFFICES OF JARED M. SHEARMAN, LLC**

     Jared M. Shearman (Bar No. 36671)  
     4240 Canal Street  
     New Orleans, LA 70119  
     Telephone: 504-290-8818  
     Telecopier: 504-290-8814  
     Email: shearman@hairshunnarah.com

**ATTORNEYS FOR PLAINTIFFS, GRETNA WIRELESS, LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS**

BY:  */s/ Tucker T. Bohren*  
     Douglas M. Kleeman (Bar No. 31221)  
     Tucker T. Bohren (Bar No. 37039)  
     Canal Place|365 Canal Street, Suite 2000  
     New Orleans, Louisiana 70130 6534  
     Telephone: (504) 566 1311  
     Telecopier: (504) 568 9130  
     E Mail: doug.kleeman@phelps.com  
            tucker.bohren@phelps.com

**ATTORNEYS FOR DEFENDANT, NAUTILUS INSURANCE COMPANY**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2024, I electronically filed the foregoing *Joint Motion to Dismiss with Prejudice* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

*/s/ Tucker T. Bohren*

Tucker T. Bohren (Bar No. 37039)

PD.47339257.1