**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GRETNA WIRELESS LLC, WIRELESS GENERAL 3, LLC, AND NORTH BROAD WIRELESS,**<br><br>    *Plaintiffs*<br><br>**VERSUS**<br><br>**NAUTILUS INSURANCE COMPANY,**<br><br>    *Defendant* | **CIVIL ACTION NO. 2:24-CV-00131**<br><br><br>**JUDGE: JAY C. ZAINEY**<br><br><br>**MAGISTRATE JUDGE:**<br>**JANIS VAN MEERVELD** |

## ORDER

    **NOW INTO COURT, CONSIDERING** the *Joint Motion to Dismiss with Prejudice* filed in this matter:

    **IT IS ORDERED, ADJUDGED AND DECREED** that the *Joint Motion to Dismiss with Prejudice* be and is hereby **GRANTED**.

    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-captioned lawsuit and all claims against Nautilus Insurance Company be and are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    **DONE AND SIGNED** in New Orleans, Louisiana, this 12th day of November, 2024.


_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE